IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CATALINA SANTIAGO SANTIAGO, | § § § § § § § § § § § | |
| Petitioner, | | |
| v. | | CAUSE NO. EP-25-CV-361-KC |
| KRISTI NOEM et al., | | |
| Respondents. | | |

## ORDER

On this day, the Court considered the case. In the Prayer for Relief at the end of her Petition, Petitioner asks that the Court "[p]rohibit Petitioner's removal from the United States and transfer outside the Western District of Texas during the pendency of this action." Pet. 20, ECF No. 1. Petitioner has not supported this request with any allegations indicating that she may be removed from the District, nor any citation to authority. *See generally id.*; Mot. Order Show Cause, ECF No. 3. Nor has Petitioner moved for a temporary restraining order or preliminary injunction under Federal Rule of Civil Procedure 65. A formal Rule 65 request, with the attendant procedural protections for Respondents, is necessary before the Court can consider whether to enter any order temporarily prohibiting Petitioner's removal or transfer. *See, e.g.*, Order Granting TRO, *Lopez-Arevelo v. Ripa*, No. 3:25-cv-337-KC (W.D. Tex. Aug. 26, 2025), ECF No. 11. Thus, to the extent Petitioner seeks such an order, she must **FILE** a Rule 65 motion on the docket.

**SO ORDERED**.

**SIGNED this 6th day of September, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE