IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CATALINA SANTIAGO SANTIAGO, | § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-25-CV-361-KC |
| KRISTI NOEM, et al., | § § § | |
| Respondents. | § | |

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER

On this day, the Court held a hearing on the merits of Petitioner Santiago's Petition for a Writ of Habeas Corpus, ECF No. 1.  The Court previously entered a Temporary Restraining Order ("TRO") enjoining Respondents from (1) removing or deporting Santiago from the United States, or (2) transferring Santiago to any facility outside the boundaries of this District during the pendency of these proceedings.  Sept. 9, 2025, Order 5–6, ECF No. 15.  That TRO was set to expire at 11:59 p.m. on September 23, 2025.  *Id.* at 6.  And that expiration remains in effect "unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension."  Fed. R. Civ. P. 65(b)(2).

The Court finds good cause to extend the TRO because it requires additional time to consider the merits of the Petition.

Accordingly, it is **ORDERED** that the Temporary Restraining Order, ECF No. 15, **SHALL REMAIN IN FULL FORCE AND EFFECT**.  Respondents **SHALL NOT** (1) remove or deport Santiago from the United States, or (2) transfer Santiago to any facility outside the boundaries of the Western District of Texas.  Unless otherwise ordered, this TRO expires at **11:59 p.m. on October 7, 2025**.  *See* Fed. R. Civ. P. 65(b)(2).

**SO ORDERED**.

**SIGNED this 23rd day of September, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE