IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| CATALINA SANTIAGO SANTIAGO, § § Petitioner, § § v. § § KRISTI NOEM, et al., § § Respondents. § § | CAUSE NO. EP-25-CV-361-KC |

**ORDER**

On this day, the Court considered the case. On October 1, 2025, the Court granted in part Santiago's Petition for Writ of Habeas Corpus, ECF No. 1, and ordered Respondents to immediately release Santiago from custody. Oct. 1, 2025, Order 30, ECF No. 25. The Court also ordered Respondents to file written notice of whether Santiago had been released from custody. *Id.*

On October 2, Respondents filed an Advisory to the Court ("Advisory"), ECF No. 26. Respondents state that "Petitioner has been released from ICE custody" and, on October 1, Santiago's counsel confirmed via email "that she was released into their custody that afternoon at 17:00 hours." *Id.*

Accordingly, the Court **ORDERS** that the parties shall meet and confer and **FILE** notice informing the Court whether any matters remain to be resolved in this case **by no later than October 17, 2025**.

**SO ORDERED**.

**SIGNED this 3rd day of October, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE