IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CATALINA SANTIAGO SANTIAGO, | § § § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-25-CV-361-KC |
| KRISTI NOEM, et al., | § § § | |
| Respondents. | § | |

## ORDER

On this day, the Court considered the case. On October 1, 2025, the Court granted in part Santiago's Petition for Writ of Habeas Corpus. Oct. 1, 2025, Order 1, 30, ECF No. 25. Thereafter, the Court ordered the parties to meet and confer and file notice of whether any matters remained to be resolved in the case. Oct. 3, 2025, Order 2, ECF No. 27. The parties now state that they "have conferred via email and are in agreement that there are no matters remaining unresolved in this case." Joint Notice 1, ECF No. 28.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 17th day of October, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE